THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| VISTA BANK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Case No. 5:18-cv-00204-C |
| § | |
| FIRST BANCSHARES OF TEXAS, INC., § | |
| a Texas financial institution doing business § | |
| as FIRSTCAPITAL BANK OF TEXAS, § | |
| N.A., BRAD BURGESS, and KENNETH § | |
| L. BURGESS, JR., § | |
| § | |
| Defendants. § | |

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendants FIRST BANCSHARES OF TEXAS, INC. and FIRSTCAPITAL BANK OF TEXAS, N.A. file this Certificate of Interested Persons. The following persons and entities are parties that may have a financial interest in the outcome of this litigation: FIRSTCAPITAL BANK OF TEXAS, N.A., a national banking association chartered by the Office of the Comptroller of the Currency, and its parent corporation, FIRST BANCSHARES OF TEXAS, INC.

Respectfully submitted,

SPROUSE SHRADER SMITH, PLLC
Joel R. Hogue, State Bar No. 09809720
joel.hogue@sprouselaw.com
John Massouh, State Bar No. 24026866
john.massouh@sprouselaw.com
M. Chase Hales, State Bar No. 24083124
chase.hales@sprouselaw.com
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas   79105
(806) 468-3300; (806) 373-3454 fax


By: */s/ Joel R. Hogue*
     Joel R. Hogue

**ATTORNEYS FOR DEFENDANTS,**
**FIRST BANCSHARES OF TEXAS, INC. AND**
**FIRSTCAPITAL BANK OF TEXAS, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the foregoing document with the clerk of court using the electronic filing system. The electronic filing system will send a "Notice of Electronic Filing" to the following attorney(s) of record who have consented in writing to accept this Notice as service of this document by electronic means:

| | |
|---|---|
| Fernando M. Bustos, Esq.<br>E-mail: fbustos@bustoslawfirm.com | *Via* E-service |
| Matthew N. Zimmerman<br>E-mail: mzimmerman@bustoslawfirm.com | *Via* E-service |
| Deirdre Kelly Trotter<br>E-mail: dtrotter@bustoslawfirm.com | *Via* E-service |

BUSTOS LAW FIRM, P.C.
P.O. Box 1980
Lubbock, Texas 79408-1980

**ATTORNEYS FOR VISTA BANK**

   */s/ Joel R. Hogue*
   Joel R. Hogue

1066175_1.docx/4739.362